DOWNEY BRAND LLP
NICOLE E. GRANQUIST (Bar No. 199017)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
ngranquist@downeybrand.com

Attorney for Defendants
HANSON AGGREGATES MID-PACIFIC,
INC. and HANSON AGGREGATES LLC

Jodene Isaacs (Bar No. 226895)
Christopher Sproul (Bar No. 126398)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
jisaacs@enviroadvocates.com
csproul@enviroadvocates.com

Attorneys for Plaintiff
BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER,<br><br>             Plaintiff,<br><br>v.<br><br>HANSON AGGREGATES MID-PACIFIC, Inc. and HANSON AGGREGATES LLC.<br><br>             Defendant. | Case No. C 11-01722 EMC<br><br>**STIPULATION EXTENDING TIME FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

Plaintiff, Baykeeper, and Defendants, Hanson Aggregates Mid-Pacific, Inc. and Hanson Aggregates LLC (collectively "Hanson"), (collectively, the "Parties") hereby stipulate to extend the time for the initial Case Management Conference by forty-five (45) days. The Case Management Conference is currently scheduled for July 20, 2011.  With this initial extension, the Case Management Conference would be scheduled on or after September 3, 2011.

1  The Parties are engaged in substantive settlement discussions, and wish to avoid the
2 potentially unnecessary cost of preparing litigation-related pleadings and documents in the event
3 the parties are able to reach informal resolution of the matter.

4  Baykeeper and Hanson submit this stipulation pursuant to Local Rule 6-2(a), which allows
5 the filing of a stipulation, and conforming to Civil L.R. 7-12, requesting an order changing time
6 that would affect the date of an event or deadline already fixed by Court order.

7  NOW THEREFORE, for the reasons set forth above, the Parties hereby stipulate, and
8 respectfully request, that the Court enter an order extending the deadline for the initial Case
9 Management Conference by forty-five (45) days, and scheduling the Case Management
10 Conference for a date on or after September 3, 2011.

11  RESPECTFULLY SUBMITTED,

12 DATED: May 24, 2011                    DOWNEY BRAND LLP

14                                         By:        /s/ Nicole E. Granquist
15                                                NICOLE E. GRANQUIST
                                                  Attorney for Defendants

17 DATED: May 24, 2011                    ENVIRONMENTAL ADVOCATES

19                                         By:        /s/ Jodene Isaacs
                                                  JODENE ISAACS
20                                                Attorney for Plaintiff
                                                  BAYKEEPER

1160437.1                                          2

STIPULATION EXTENDING TIME FOR CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

**[~~PROP~~OSED] ORDER**

Good cause appearing, and based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for July 20, 2011 is vacated, and the Case Management Conference is rescheduled to occur on _____Sept. 9_____, 2011 at _____9:00__ a.m./~~p.m.~~ in Courtroom 5, 17th Floor.

**IT IS SO ORDERED.**

DATED: _____5/25/11_____

By: _____
       ~~U.S.~~ Judge Edward M. Chen ~~Chen~~ ~~District~~ of California



*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen