1  DOWNEY BRAND LLP
   NICOLE E. GRANQUIST (Bar No. 199017)
2  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
3  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
4  ngranquist@downeybrand.com

5  Attorney for Defendants
   HANSON AGGREGATES MID-PACIFIC,
6  INC. and HANSON AGGREGATES LLC

7  Jodene Isaacs (Bar No. 226895)
   Christopher Sproul (Bar No. 126398)
8  ENVIRONMENTAL ADVOCATES
   5135 Anza Street
9  San Francisco, California 94121
   Telephone: (415) 533-3376, (510) 847-3467
10 Facsimile: (415) 358-5695
   jisaacs@enviroadvocates.com
11 csproul@enviroadvocates.com

12 Attorneys for Plaintiff
   BAYKEEPER
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 BAYKEEPER,                              Case No. C 11-01722 EMC

18          Plaintiff,                     [PROPOSED] ORDER REGARDING
                                           NOTICE OF SETTLEMENT;
19     v.                                  STIPULATION TO VACATE CASE
                                           MANAGEMENT CONFERENCE
20
   HANSON AGGREGATES MID-
21 PACIFIC, Inc. and HANSON
   AGGREGATES LLC.
22

23          Defendant.

24

25

26                        [PROPOSED] ORDER

27      Good cause appearing, and based on the stipulation of the parties,

28      IT IS HEREBY ORDERED that the Case Management Conference currently scheduled

1179459.1                          1

1
2  for September 9, 2011 at ~~10:00 a.m. in Courtroom 5 is vacated~~.   is reset for December 9, 2011 at 9:00 a.m. in Courtroom 5, 17th Floor. A Joint CMC statement shall be filed by December 2, 2011.
3   **IT IS SO ORDERED.**
4   DATED:   8/24/11
5
6
7   BY: _____
8        Edward M. Chen
9        Northern District of California
10

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1179459.1                                    2

[PROPOSED] ORDER