Christopher Sproul (State Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com
Email:  jisaacs@enviroadvocates.com

Jason Flanders (State Bar No. 238007)
BAYKEEPER
785 Market Street, Suite 850
San Francisco, CA 94013
Telephone: (415) 856-0444 x106
Facsimile: (415) 856-0443
Email: jason@baykeeper.org

Attorneys for Plaintiff
BAYKEEPER

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br><br>HANSON AGGREGATES MID-PACIFIC, INC. and HANSON AGGREGATES, LLC,<br><br>Defendants. | Civil No. C-11-01722 EMC<br><br>[PROPOSED] ORDER DISMISSING COMPLAINT |

1

2          After consideration of the Consent Decree between the parties attached to this order, I hereby

3   dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and retain

4   jurisdiction over the parties with respect to any disputes that may arise under the Consent Decree.

5

6          APPROVED AND SO ORDERED, this ___4th___ day of ____November____, 2011.

7

8

9                                              _____

10                                             Hon. EDWARD M. CHEN
                                               United States District Judge

11



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28